UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022
```

-----------------------------------------------------------------X
:
LINDA SLADE, *individually and as the representative*       :
*of a class of similarly situated persons*,                 :
:
                        Plaintiff,          :            22-cv-6972 (LJL)
:
     -v-          :              ORDER
:
DOMETIC CORPORATION,                                        :
:
                        Defendant.          :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.


      SO ORDERED.

Dated: November 17, 2022
      New York, New York           _____
                                      LEWIS J. LIMAN
                             United States District Judge